UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

(Fla. Cir. Ct. Case No. 14-946 CA 15)

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Williams and George Williams-Hankins,
Brother of Timmie Williams,

    Plaintiffs,

v.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services, and
JORDAN FRIED, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, Defendant Jordan Fried ("Officer Fried") files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, Miami Division, based on the facts and provisions set forth below:

1.     Plaintiff served Officer Fried with process on August 28, 2014.

2.     The First Amended Complaint alleges that Officer Fried deprived Timmie Williams, Plaintiff's son, of his rights under the Fourth Amendment to the Constitution of the United States. Am. Compl. ¶¶ 42 and 43. This Court therefore has original jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331, and the action is therefore removable pursuant to 28 U.S.C. § 1441(a) and (b).

3. In addition to the federal claim against Officer Fried, the First Amended Complaint asserts state law claims Defendant Miami-Dade County (the "County"). Am. Compl. ¶¶ 23-28. This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367, and the action is therefore removable under § 1441(a) and (b).

4. Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

5. This Notice is timely as it has not yet been thirty days since service of the Summons and First Amended Complaint on Officer Fried, the last-served defendant in this action. Copies of all documents filed in the state court case are attached hereto as Exhibit A. A Civil Cover Sheet is attached hereto as Exhibit B.

6. The County, which is represented by the undersigned as well, consents to the removal of this case to federal court. The Division of Financial Services, although named in the style of the First Amended Complaint, is listed by Plaintiff as a party only for purposes of satisfying the service requirement of Florida Statutes Section 768.28. Am. Compl. at ¶ 8.

7. Written notice of the removal of this action is being provided to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the State Court.

WHEREFORE, Officer Jordan Fried respectfully requests that this Court accept and retain removal jurisdiction over this action.

Dated: September 17, 2014                    RESPECTFULLY SUBMITTED,

                                             R. A. CUEVAS, JR.
                                             MIAMI-DADE COUNTY ATTORNEY
                                             Stephen P. Clark Center
                                             111 Northwest First Street, Suite 2810
                                             Miami, FL 33128

                                             By: s/ Erica Zaron
                                                 Erica S. Zaron

                                                Florida Bar No. 0514489
                                                Eric Gressman
                                                Florida Bar No. 343773
                                                Mathew Papkin
                                                Florida Bar No. 106565
                                                Assistant County Attorneys

                                                Telephone: (305) 375-5151
                                                Facsimile: (305) 375-5611
                                                Email: zaron@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on this 17th day of September, 2014, to all parties on the attached service list.

                                                s/Erica Zaron
                                                Erica S. Zaron
                                                Assistant County Attorney

## **SERVICE LIST**

| | |
|---|---|
| Erica S. Zaron, Esq. | Alan Greenstein, Esq. |
| Eric Gressman, Esq. | Alan J. Greenstein, P.A. |
| Mathew Papkin, Esq. | Dadeland Towers |
| Assistant County Attorneys | 9200 S. Dadeland Blvd., Suite 308 |
| Miami-Dade County Attorney's Office | Miami, Florida 33156 |
| 111 N.W. 1st Street, Suite 2810 | Telephone: (305) 772-7083 |
| Miami, Florida 33128 | Facsimile: (305) 938-5038 |
| Telephone: (305) 375-5151 | Email: agreenstein004@hotmail.com |
| Facsimile: (305) 375-5611 | Counsel for Plaintiff |
| E-Mail: zaron@miamidade.gov | |
| E-Mail: ekg@miamidade.gov | *Service by U.S. Mail* |
| E-Mail: mpapkin@miamidade.gov | |
| Counsel for Defendants Miami-Dade County and Jordan Fried | |
| | |
| *No Service Made* | |