Filing # 9069240 Electronically Filed 01/13/2014 10:39:17 AM

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | **CIVIL COVER SHEET** | CASE NUMBER |
| --- | --- | --- |
| **PLAINTIFF**<br>Rosalee Williams, as Presumptive Personal Representative of the Estate of Timmie Williams on behalf of the Estate of Timmie Williams, Rosalee Williams, surviving parent of Timmie Williams and George Williams- Hankins, brother of Timmie Williams | **VS. DEFENDANT**<br>Miami-Dade County, a political subdivision and Florida Division of Financial Services | **CLOCK IN** |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ **Negligence - Other**
    ☐ 097 - Business Governance
    ☐ 098 - Business Torts
    ☐ 099 - Environmental/Toxin Tort
    ☐ 100 - Third Party Indemnification
    ☐ 101 - Construction Defect
    ☐ 102 - Mass Tort
    ☐ 103 - Negligent Security
    ☐ 104 - Nursing Home Negligence
    ☐ 105 - Premises Liability - Commercial
    ☐ 106 - Premises Liability - Residential
    ☒ 107 - Negligence - Other
☐ **Real Property/Mortgage Foreclosure**
    ☐ 108 - Commercial Foreclosure $0 - $50,000
    ☐ 109 - Commercial Foreclosure $50,001 - $249,999
    ☐ 110 - Commercial Foreclosure $250,000 - or more
    ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
    ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 113 - Homestead Residential Foreclosure $250,000 or more
    ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
    ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
    ☐ 117 - Other Real Property Actions $0 - $50,000
    ☐ 118 - Other Real Property Actions $50,001 - $249,999

    ☐ 119 - Other Real Property Actions $250,000 or more
☐ **Professional Malpractice**
    ☐ 094 - Malpractice - Business
    ☐ 095 - Malpractice - Medical
    ☐ 096 - Malpractice - Other professional
☐ **Other**
    ☐ 120 - Antitrust/Trade Regulation
    ☐ 121 - Business Transactions
    ☐ 122 - Constitutional Challenge - Statute or Ordinance
    ☐ 123 - Constitutional Challenge - Proposed amendment
    ☐ 124 - Corporate Trust
    ☐ 125 - Discrimination - Employment or Other
    ☐ 126 - Insurance Claims
    ☐ 127 - Intellectual Property
    ☐ 128 - Libel/Slander
    ☐ 129 - Shareholder Derivative Action
    ☐ 130 - Securities Litigation
    ☐ 131 - Trade Secrets
    ☐ 132 - Trust Litigation
☐ **133 - Other Civil Complaint**
    ☐ 009 - Bond Estreature
    ☐ 014 - Replevin
    ☐ 024 - Witness Protection
    ☐ 080 - Declaratory Judgment
    ☐ 081 - Injunctive Relief
    ☐ 082 - Equitable Relief
    ☐ 083 - Construction Lien
    ☐ 084 - Petition for Adversary Preliminary Hearing
    ☐ 085 - Civil Forfeiture
    ☐ 086 - Voluntary Binding Arbitration
    ☐ 087 - Personal Injury Protection (PIP)

Clerk's web address: www.miami-dadeclerk.com

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

REMEDIES SOUGHT (check all that apply):

☒   monetary;

☐   non-monetary declaratory or injunctive relief;

☐   punitive

NUMBER OF CAUSES OF ACTION: [ 2 ]

(specify) Wrongful Death, Intentional Infliction of Emotional Distress

_____

IS THIS CASE A CLASS ACTION LAWSUIT?

☐  Yes

☒  No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?

☒  No

☐  Yes    If "Yes", list all related cases by name, case number, and court.

_____

_____

IS JURY TRIAL DEMANDED IN COMPLAINT?

☒  Yes

☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____    Florida Bar # _____237817_____
                    Attorney or party                                                              (Bar # if attorney)

Alan Greenstein                                                                       January 13, 2014
(type or print name)                                                          Date

CLK/CT 96 Rev. 12/09                                                          Clerk's web address: www.miami-dadeclerk.com

CAO 14-0150

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: 14-946 CA01

GENERAL JURISDICTION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams,surviving
Parent of Timmie Willimas and George Williams-Hankins,
brother of Timmie Williams

      Plaintiff,

vs.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services

      Defendants
_____/

**STATE OF FLORIDA:**

**To All and Singular Sheriffs of said State:**

***YOU ARE HEREBY COMMANDED*** to serve this Summons and a copy of the Complaint in
this action on Defendant:

      Miami-Dade County
      111 N.W. 1st St.
      Miami, Fl. 33128

A lawsuit has been filed against you. You have 30 calendar days after this summons is served on
you to file a written response to the attached complaint with the clerk of this court. A phone call
will not protect you. Your written response, including the case number given above and the
names of the parties, must be filed if you want the court to hear your side of the case. If you do
not file your response on time, you may lose the case, and your wages, money, and property may
thereafter be taken without further warning from the court. There are other legal requirements.

You may want to call an attorney right away. If you do not know an attorney, you may call an
attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, send the original to the Court, located at the Miami-Dade County Courthouse, 73 W. Flagler St., Miami, Fl. 33130. Each Defendant is required to serve written defenses to the Complaint to Plaintiff's Attorney, who is Alan Greenstein, at 9155 S Dadeland Blvd., Suite 1012, Miami, Fl. 33156.

HARVEY RUVIN
CLERK OF COURT

JAN 1 4 2014

HILDA COLINA

By:_____
    DEPUTY CLERK

DATE:_____

(COURT SEAL)

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 30 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.

Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 30 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.

Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 14-946 CA 01

GENERAL JURISDICTION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Willimas and George Williams-Hankins,
brother of Timmie Williams

     Plaintiff,

vs.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services

     Defendants
_____/

## **COMPLAINT**

Plaintiff sues the defendants and alleges the following:

### **Jurisdiction and Venue**

1.     This is an action for damages in excess of $15,000.00, exclusive of costs and

interest.

2.     This is an action brought pursuant to the Florida Wrongful Death Act, Florida

Statute Sections 768.16-.26 for the wrongful death of Timmie Williams.

3.     Venue properly lies in Miami-Dade County as the incident in question occurred in

the city of North Miami, Florida.

4.    Plaintiff has complied with all conditions precedent to the filing of this lawsuit pursuant to §768.28 Florida Statutes.

**Parties**

5.    Rosalee Williams is, or soon will be appointed, Personal Representative of the Estate of Timmie Williams, deceased and is the surviving parent of the deceased, Timmie Williams.

6.    George Williams-Hankins is the brother of the deceased, Timmie Williams.

7.    Miami-Dade County is a political subdivision of the State of Florida and at all times relevant to the case, employed John Doe as a police officer with the Miami-Dade County Police Department.

8.    Defendant Florida Division of Financial Services is being listed as a party solely for perfecting service under Florida Statute 768.28.

**Facts**

9.    On or about July 15, 2012 Timmie Williams was at the home of his mother, Rosalee Williams, located at 1312 N.E. 144th St. in North Miami, Fl.

10.    On that date there was a party going on in the back yard of the Williams' residence.

11.    A large number of people gathered at the Williams' residence and eventually fights broke out amongst the people at the party.

12.    The fights eventually reached onto 144th St. right in front of number 1312, Rosalee Williams' house.

13.     The police were called and officers from the Miami-Dade Police Department arrived on the scene.

14.     At the time of the police arrival at the residence, Timmie Williams was standing on the edge of the driveway in front of his mother's residence.

15.     He was outside with his mother, Rosalee Williams, his brother George Williams-Hankins, an unknown police officer and a number of relatives and friends.

16.     While Timmie Williams was standing in front of his mother's residence, an unknown Miami-Dade Police Officer ("John Doe") arrived at the driveway of the Williams' residence.

17.     When Officer Doe got out of his police vehicle, he approached the area where Timmie Williams was located, pulled out his police weapon and opened fire.

18.     Officer Doe struck Timmie Williams with the bullets from his firearm and kept shooting until Mr. Williams died on the scene as a result of his gunshot wounds.  Before being struck, Timmie Williams pushed his brother, George Williams-Hankins, out the way so he too would not be shot.

19.     At the time Timmie Williams was shot, he was unarmed and posed no danger, imminent or otherwise, to Officer John Doe or anyone else.

20.     Both Rosalee Williams and George Williams-Hankins witnessed Timmie Williams being shot and die as a result of the gunshot wounds.

21.     Timmie Williams had no surviving children and Rosalee Williams is his only surviving parent.

**Count I- Wrongful Death**

22.     Plaintiff re alleges and incorporates by reference paragraphs 1-21.

23.     On or about July 15, 2012, while acting in the course of his duties as a police officer employed by the Miami-Dade County Police Department, Officer John Doe intentionally shot and killed Timmie Williams.

24.     At the time of the shooting Timmie Williams was unarmed and posed no threat or danger to anyone including Officer John Doe

25.     The shooting of Timmie Williams by Officer Doe was without legal justification.

26.     Miami-Dade County is responsible for the actions of its employees that occur while they are acting in the scope and course of their duties.

27.     As a direct and proximate result of the actions of Officer John Doe and the Miami-Dade Police Department, Timmie Williams died and his Estate and legal survivors are entitled to recover all damages specified in the Florida Wrongful Death Act, including but not limited to:

For the Estate of Timmie Williams:

a)      Loss of earnings, if any, of Timmie Williams from the date of injury to the date of death, with interest, and loss of prospective net accumulations of the Estate.

b)      Medical and funeral expenses due to Timmie Williams' death.

For Rosalee Williams, Surviving Parent:

a)      The value of lost support and services from the date of Timmie Williams' death.

b)      The mental pain and suffering of Rosalee Williams from the date of Timmie Williams' death.

**Count II- Intentional Infliction of Emotional Distress**

28.     Plaintiff re alleges and incorporates by reference paragraphs 1-21.

4

29.     On or about July 15, 2012, while acting in the course of his duties as a police officer employed by the Miami-Dade County Police Department, Officer John Doe intentionally shot and killed Timmie Williams.

30.     The conduct of Officer John Doe was intentional and reckless without and legal justification.

31.     The killing of Timmie Williams was outrageous and went beyond all bounds of decency which is considered intolerable in a civilized community.

32.     Rosalee Williams, the deceased's mother, and George Hankins-Williams, the deceased's brother were present when Officer John Doe shot and killed Timmie Williams.

33.     Both Rosalee Williams and George Hankins-Williams witnessed Timmie Williams get shot and die as a result of the gunshot wounds.

34.     The shooting of Timmie Williams caused severe emotional distress to Rosalee Williams, his mother, and George Hankins-Williams, his brother.

35.     Miami-Dade County is responsible for the actions of its employees that occur while they are acting in the scope and course of their duties.

36.     As a direct and proximate result of the actions of Officer John Doe and Miami-Dade County, Rosalee Williams and George Hankins-Williams have suffered physical and mental injuries and are entitled to relief.

37.     Wherefore the Rosalee Williiams and George Hankins-Williams are entitled to:

   A.  Compensatory damages for the physical and mental injuries suffered.

   B.  Costs of this action.

   C.  Any other remedy the Court deems appropriate.

## Demand for Jury Trial

Plaintiffs hereby demand a trial by jury on all issues triable as a matter of right.

Dated:  January 13, 2014

Respectfully submitted,

Alan J. Greenstein, P.A.
Dadeland Centre
9155 S. Dadeland Blvd., Suite 1012
Miami, Fl. 33156
Phone: (305) 772-7083
Fax: (305) 938-5038
agreenstein004@hotmail.com

By:_____
ALAN GREENSTEIN
Florida Bar No.:  237817

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO:

GENERAL JURISDICTION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Willimas and George Williams-Hankins,
brother of Timmie Williams

      Plaintiff,

vs.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services

      Defendants
_____/

## NOTICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT MIAMI-DADE COUNTY

     Pursuant to Rule 1.340 Florida Rules of Civil Procedure, the Plaintiff requires Defendant Miami-Dade County to answer each of the following interrogatories in writing and under oath within forty-five (45) days.

     I hereby certify that a copy of this cover page was filed with the Clerk of the Court and that the interrogatories were served upon the Defendant this *13* day of *January*, 2014.

ALAN J. GREENSTEIN, P.A.
Counsel for the Plaintiff
Dadeland Centre
9155 S. Dadeland Blvd., Suite 1012
Miami, Fl. 33156
Ph: (305) 772-7083
Fax: (305) 938-5038

By: _____
ALAN GREENSTEIN
Florida Bar No. 237817

## INTERROGATORIES

1.      State the name, address, employer, and job title of the person answering these interrogatories, and of each person furnishing information for same.

   **ANSWER:**

2.      Please state the full name and present address of every person known to you or your attorneys who has any knowledge regarding the facts and circumstances surrounding the incident complained of in this case.

   **ANSWER:**

3.      Please state the names, addresses, employers, and job titles of all persons from whom the Defendant Miami-Dade County, its agents, officers, attorneys, or insurers spoke to in regards to the incident as alleged in the complaint.

   **ANSWER:**

4.   State whether or not to your knowledge or that of your agents, attorneys or representatives, any photographs or videotapes exist of the incident, the scene, or the persons involved in this action.  If so, identify the subject matter of such photographs or videos, the date each were taken, and the person presently having custody of them.

**ANSWER:**

5.   Please describe in detail what happened that caused Officer John Doe to shoot and kill Timmie Williams on July 15, 2012.

**ANSWER:**

6.      Please name all of the Miami-Dade Police Officers who were on the scene at 1312 N.E. 144th St. in North Miami, Fl. at the time Timmie Williams was shot and killed.


        **ANSWER:**


7.      Please state the name, address and current occupation of the Miami-Dade Police Officer who shot and killed Timmie Williams on July 15, 2012.

        **ANSWER:**

AFFIANT

STATE OF _____ )
                           ) SS:
COUNTY OF _____ )

       BEFORE ME, the undersigned authority, personally appeared

_____, who, after being duly sworn, deposes

and says that he/she has knowledge of the foregoing Answers to Interrogatories, and that they are

true and correct to the best of his/her knowledge.

       DATED THIS _____ day of _____, 20_____.

       I HEREBY CERTIFY that on this day, before me, an officer duly authorized to

administer oaths and take acknowledgments, personally appeared _____, to

me known to be the person described in and who executed the foregoing instrument, who

acknowledged before me that he/she executed same, that I relied upon the following form of

identification of the above-named person:_____.

       SWORN TO AND SIGNED BEFORE ME, I HEREBY WITNESS my hand and official

seal in the County and State last aforesaid this _____ day of _____, 20_____.


                              NOTARY PUBLIC
My Commission Expires:


                              Notary's Printed Name

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO:

GENERAL JURISDICTION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams,surviving
Parent of Timmie Willimas and George Williams-Hankins,
brother of Timmie Williams

     Plaintiff,

vs.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services

     Defendants
_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT MIAMI-DADE COUNTY

     Pursuant to Rule 1.350 Florida Rules of Civil Procedure Plaintiff requests the

Defendant produce the following documents within (45) thirty days at Alan J. Greenstein,

P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, Fl. 33156

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this Request for Production was served upon the

Defendant this _13_ day of _January_, 2014.

                    Respectfully submitted,

                    ALAN J. GREENSTEIN, P.A.
                    Counsel for the Plaintiff
                    Dadeland Centre
                    9155 S. Dadeland Blvd., Suite 1012

Miami, Fl. 33156
Ph:  (305) 772-7083
Fax: (305) 938-5038


By:/s/ Alan Greenstein
ALAN GREENSTEIN
Florida Bar No. 237817


## REQUEST FOR PRODUCTION

1.      Any and all reports made out by employees, agents or representatives of the Defendant that relate to the shooting of Timmie Williams on July 15, 2012.

2.      Any and all photographs that the Defendant has of the scene of the shooting and the resulting injuries to the Plaintiff.

3.      Any and all reports which have been obtained from any expert and if a report has not been prepared, the preparation of a report of any expert hired by the Defendant is hereby requested.

# RETURN OF SERVICE

State of Florida                    County of Miami-Dade                    Circuit Court

Case Number: 14-946-CA-01

Plaintiff:
ROSALEE WILLIAMS, AS PRESUMPTIVE PERSONAL
REPRESENTATIVE OF THE ESTATE OF TIMMIE WILLIAMS ON
BEHALF OF THE ESTATE OF TIMMIE WILLIAMS, ROSALEE
WILLIAMS, SURVIVING PARENT OF TIMMIE WILLIAMS AND GEORGE
WILLIAMS-HANKINS, BROTHER OF TIMMIE WILLIAMS

vs.

Defendant:
MIAMI-DADE COUNTY, A POLITICAL SUBDIVISION AND FLORIDA
DIVISION OF FINANCIAL SERVICES

KDY2014002863

For:
ALAN GREENSTEIN
9155 S. Dadeland Blvd., Suite 1012
Miami, FL  33156

FILED FOR RECORD 2014 FEB 13  AM 8: 38

Received by LIGHTNING LEGAL on the 4th day of February, 2014 at 11:42 am to be served on **FLORIDA DIVISION OF FINANCIAL SERVICES, 200 E. GAINES STREET, TALLAHASSEE, FL 32399.**

I, CHRISTOPHER KADY, do hereby affirm that on the **5th day of February, 2014** at **1:15 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to MARCUS WILEY as SENIOR WORD PROCESSOR authorized to accept service, of the within named corporation, in compliance with State Statutes.

**Description** of Person Served:  Age: 30,  Sex: M,  Race/Skin Color: BLACK,  Height: 5'10",  Weight: 180,  Hair: BLACK,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
"Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true".F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

CHRISTOPHER KADY
Process Server 237

LIGHTNING LEGAL
Lightning Legal Couriers & Process
9280 Sw 64th St.
Miami, FL 33173
(786) 286-4167
Our Job Serial Number: KDY-2014002863

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: 14- 946 CA 01

GENERAL JURISDICTION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Wilimas and George Williams-Hankins,
brother of Timmie Williams

      Plaintiff,

vs.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services

      Defendants
_____/

**STATE OF FLORIDA:**

**To All and Singular Sheriffs of said State:**

***YOU ARE HEREBY COMMANDED*** to serve this Summons and a copy of the Complaint in
this action on Defendant:

      Florida Division of Financial Services
      200 East Gaines Street
      Tallahassee, Fl. 32399

A lawsuit has been filed against you. You have 30 calendar days after this summons is served on
you to file a written response to the attached complaint with the clerk of this court. A phone call
will not protect you. Your written response, including the case number given above and the
names of the parties, must be filed if you want the court to hear your side of the case. If you do
not file your response on time, you may lose the case, and your wages, money, and property may
thereafter be taken without further warning from the court. There are other legal requirements.

obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom
des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne

# RETURN OF SERVICE

**State of Florida**                    **County of Miami-Dade**                    **Circuit Court**

Case Number: 14-946 CA 01

Plaintiff:
**ROSALEE WILLIAMS,AS PRESUMPTIVE PERSONA
REPRESENTATIVE OF THE ESTATE OF TIMMIE ON BEHALF OF THE
ESTATE OF TIMMIE WILLIAMS, ROSALEE WILLIAMS, SURVIVING
PARENT OF TIMMIE WILLIAMS AND GEORGE WILLIAMS-HANKINS,
BROTHER OF TIMMIE WILLIAMS**

vs.

Defendant:
**MIAMI-DADE COUNTY, A POLITICAL SUBDIVISION AND FLORIDA
DIVISION OF FINANCIAL SERVICES**

For:
Alan J. Greenstein
9155 South Dadeland Blvd.
Suite 1012
Miami, FL  33156

Received by Lightning Legal Couriers on the 13th day of January, 2014 at 4:00 pm to be served on **MIAMI-DADE
COUNTY, 111 NW 1ST STREET, MIAMI, FL 33128**.

I, Ernesto Valdes, do hereby affirm that on the **14th day of January, 2014** at **1:35 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons and Complaint** with the date and
hour of service endorsed thereon by me, to: **ISABEL MACHIN** as **REC/SECRETARY AUTHORIZED TO ACCEPT
SERVICE** for **MIAMI-DADE COUNTY**, and informed said person of the contents therein, in compliance with State
Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  I certify
that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good
standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S.
92.525(2)

_E. Valdes_

**Ernesto Valdes**
CPS#1111

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2014000103

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4s

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: 14 - 946 CA 01

GENERAL JURISDICTION

*1-14-14  1:35p*
*R. Valdies #11*
*Isabel Machin*
*Rec./Sec.*

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Willimas and George Williams-Hankins,
brother of Timmie Williams

       Plaintiff,

vs.


MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services

       Defendants

————————————————————/

**STATE OF FLORIDA:**

**To All and Singular Sheriffs of said State:**

***YOU ARE HEREBY COMMANDED*** to serve this Summons and a copy of the Complaint in
this action on Defendant:

             Miami-Dade County
             111 N.W. 1st St.
             Miami, Fl. 33128


A lawsuit has been filed against you. You have 30 calendar days after this summons is served on
you to file a written response to the attached complaint with the clerk of this court. A phone call
will not protect you. Your written response, including the case number given above and the
names of the parties, must be filed if you want the court to hear your side of the case. If you do
not file your response on time, you may lose the case, and your wages, money, and property may
thereafter be taken without further warning from the court. There are other legal requirements.

You may want to call an attorney right away. If you do not know an attorney, you may call an
attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, send the original to the Court, located at the Miami-Dade County Courthouse, 73 W. Flagler St., Miami, Fl. 33130.  Each Defendant is required to serve written defenses to the Complaint to Plaintiff's Attorney, who is Alan Greenstein, at 9155 S Dadeland Blvd., Suite 1012, Miami, Fl 33156.

HARVEY RUVIN
CLERK OF COURT

**JAN 1 4 2014**

By:_____
    DEPUTY CLERK

(COURT SEAL)

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 30 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.

Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 30 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.

2

Filing # 9814888 Electronically Filed 02/03/2014 11:13:10 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, etc. and
GEORGE WILLIAMS-HANKINS,

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

Plaintiffs,

v.

MIAMI-DADE COUNTY,

Defendants.
_____

## MIAMI-DADE COUNTY'S ANSWER AND DEMAND FOR JURY TRIAL

Defendant, MIAMI-DADE COUNTY, by and through the undersigned counsel, answers the Complaint as follows:

1.      Miami-Dade County denies the allegations contained in Paragraphs 1, 8, 17, 18, 19, 20, 23, 24, 25, 26, 27, 27a, 27b, the second 27, the second 27b, 29, 30, 31, 32, 33, 34, 35, 36, 37, 37a, 37b and 37c of the Complaint and demands strict proof thereof.

2.      Miami-Dade County is without knowledge as to the allegations contained in Paragraphs 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, and 21 of the Complaint and demands strict proof thereof.

3.      Any allegations of the Complaint not specifically responded to above are hereby denied.  As to Paragraphs 22 and 28 of the Complaint, this Defendant reiterates its responses.

*Rosalee Williams, etc. v. Miami-Dade County*
*Case No. 14-946 CA 15*

## DEFENSES

4.      Defendant Miami-Dade County would show that the sole legal cause of the accident sued upon was the carelessness, inadvertence and negligence of the Plaintiff deceased, TIMMIE WILLIAMS and that he knowingly, willfully, and voluntarily assumed the risk of the happening of the accident and, therefore, the Plaintiff is not entitled to recover from Defendant Miami-Dade County as alleged.

5.      Plaintiff's injuries and/or damages, if any, are the result of an act of a known or unknown third party, the shooter(s), whose actions were not under the dominion or control of Defendant Miami-Dade County and any recovery therefrom should be barred to the full extent thereof.

6.      Defendant Miami-Dade County alleges the injuries claimed by the Plaintiff deceased, TIMMIE WILLIAMS, Plaintiffs were caused by the negligence of the Plaintiffs and/or the negligence of a third party and were not solely caused by the negligence, if any, of Defendant Miami-Dade County, thereby bringing this cause within the Doctrine of Comparative Negligence, thereby reducing and/or barring claim for the Plaintiffs.

7.      The action or portions of it are barred by the Doctrine of Sovereign Immunity, and the Complaint fails to state a cause of action because the acts and/or omissions complained of are governmental planning level policy decisions which may not form the basis of traditional tort liability.

8.      Defendant Miami-Dade County denies that the Plaintiff, ROSALEE WILLIAMS, as Presumptive Personal Representative of the Estate of TIMMIE WILLIAMS, and/or GEORGE WILLIAMS-HANKINS has complied with all notice requirements and conditions precedent to bringing this action in that under the provision of Fla. Stat.

Page 2 of 5

§ 768.28(6), the Plaintiffs' claim must be presented in writing to the Department of Financial Services and MIAMI-DADE COUNTY before any such action can be instituted, and said notice must be made six (6) months prior to the filing of suit.

9.      Defendant Miami-Dade County denies that Plaintiff, ROSALEE WILLIAMS, as Presumptive Personal Representative of the Estate of TIMMIE WILLIAMS, has complied with all notice requirements and conditions precedent to bringing this action under Section 2-2 of the Miami-Dade County Code.

10.     The alleged negligence complained of was not the legal cause of the accident as alleged in the Complaint; therefore, the Complaint fails to state a cause of action.

11.     Defendant Miami-Dade County is entitled to a set-off from any recovery against it to the extent that the value of all benefits received by or paid on behalf of the Plaintiff from any collateral source.

12.     Service of process is improper.

13.     Plaintiffs have failed to show or comply with Florida Statute 768.28(7) requiring service of process upon the Department of Financial Services.

14.     Plaintiff deceased knew of the existence of the danger complained of in the Complaint, realized and appreciated the possibility of injury as a result of the danger and, having a reasonable opportunity to avoid it, voluntarily exposed himself to the danger.

15.     Plaintiff fails to allege compliance with Fla. Stat. § 768.20(6).   Further, naming the Department of Financial Services is purposeless and improper.

16.     The deceased's actions were superceding, intervening causes of the death and such causes exculpate Miami-Dade County.

*Rosalee Williams, etc. v. Miami-Dade County*
*Case No. 14-946 CA 15*

17.     Plaintiffs cannot sue the County for reckless actions or intentional infliction of emotional distress.  Such claims are barred by Fla. Stat. § 768.28(9).

18.     GEORGE WILLIAMS-HANKINS is an improper Plaintiff.  He may not sue individually under the Wrongful Death Act.

19.     Count I is improperly pled.  There is no cause of action alleged.  Statements, such as Paragraph 25, that the shooting is "without legal justification" do not create a cause of action.  There are no elements alleged in Count I of any tort.

**WHEREFORE**, Defendant having answered this complaint requests this matter be dismissed and/or in the alternative that its ratable proportion of damages be reduced, and further that this Court order trial by jury on all issues so triable and enter such other appropriate relief as this Court deems equitable and just under the circumstances.

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/Eric K. Gressman
    Eric K. Gressman
    Assistant County Attorney
    Florida Bar Number 343773
    Telephone:   (305) 375-1309
    Fax:         (305) 375-5634
    Email:       EKG@miamidade.gov
                 elyse@miamidade.gov

*Rosalee Williams, etc. v. Miami-Dade County*
*Case No. 14-946 CA 15*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by E-MAIL generated by the Florida Courts E-Filing Portal on **Monday, February 03, 2014** upon:

**Alan J. Greenstein, Esq.**, ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL  33156, agreenstein004@hotmail.com.

/s/Eric K. Gressman
Assistant County Attorney

Filing # 9859150 Electronically Filed 02/04/2014 09:47:49 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, etc. and
GEORGE WILLIAMS-HANKINS,

                    Plaintiff(s),

v.

MIAMI-DADE COUNTY,

                    Defendant(s).

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

## DESIGNATION OF E-MAIL ADDRESSES

Assistant County Attorney Eric K. Gressman, having appeared in the above-styled action as counsel for Miami-Dade County, and pursuant to Florida Rule of Judicial Administration 2.516, hereby designates his primary and secondary e-mail addresses for purposes of service as follows:

Primary e-mail address: **EKG@miamidade.gov**

Secondary e-mail address: **Elyse@miamidade.gov**

Secondary e-mail address: **MAR2@miamidade.gov**

All service of pleadings and documents in this matter shall be made on Eric K. Gressman using the above-listed email addresses, unless required otherwise by law.

*Rosalee Williams, etc. v. Miami-Dade County*
*Case No. 14-946 CA 15*

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By:  /s/ Eric K. Gressman
    Eric K. Gressman
    Assistant County Attorney
    Florida Bar Number 343773
    Telephone:   (305) 375-1309
    Fax:         (305) 375-5634
    Email:       EKG@miamidade.gov
                 Elyse@miamidade.gov
                 MAR2@miamidade.gov

## CERTIFICATE OF SERVICE

    I CERTIFY that a copy hereof has been furnished by E-MAIL on **February 4, 2014**

to:

    Alan J. Greenstein, Esq., ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite

1012, Miami, FL 33156, agreenstein004@hotmail.com.

                           /s/ Eric K. Gressman
                           Assistant County Attorney

Filing # 9859342 Electronically Filed 02/04/2014 09:50:24 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, etc. and
GEORGE WILLIAMS-HANKINS,

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

Plaintiff(s),

v.

MIAMI-DADE COUNTY,

Defendant(s).
_____

## NOTICE OF APPEARANCE

Assistant County Attorney Matthew Papkin hereby notifies the Court and all counsel of record of his appearance in this matter as co-counsel on behalf of Defendant Miami-Dade County, and respectfully requests that all future notices, correspondence, orders, and pleadings be directed to him, in addition to all other Assistant County Attorneys of record, at the address indicated below.

## DESIGNATION OF E-MAIL ADDRESSES

Pursuant to Florida Rule of Judicial Administration 2.516, undersigned counsel hereby designates his primary and secondary e-mail addresses for purposes of e-mail service as follows:

Primary e-mail address: **mpapkin@miamidade.gov**

Secondary e-mail address: **elyse@miamidade.gov**

*Rosalee Williams, etc. v. Miami-Dade County*
*Case No. 14-946 CA 15*

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/ Matthew Papkin
 Matthew Papkin
 Assistant County Attorney
 Florida Bar Number 106565
 Telephone: (305) 375-3712
 Fax: (305) 375-5611
 Email: mpapkin@miamidade.gov
 elyse@miamidade.gov

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by E-MAIL generated by the

Florida Courts E-Filing Portal on **February 4, 2014** to:

Alan J. Greenstein, Esq., ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite

1012, Miami, FL 33156, agreenstein004@hotmail.com.

/s/ Matthew Papkin
Assistant County Attorney

Filing # 10727058 Electronically Filed 02/26/2014 03:45:12 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, etc.,

                Plaintiff,

v.

MIAMI-DADE COUNTY,

                Defendant.

_____

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

FLORIDA BAR NUMBER 343773

### NOTICE OF SERVING ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant, MIAMI-DADE COUNTY, by and through undersigned counsel hereby

serves its Answers to Plaintiffs' Interrogatories.

### CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document is being served on **February 26, 2014** via

e-mail generated by My Florida Courts E-Filing Portal to:   Alan J. Greenstein, Esq., ALAN

J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL   33156,

agreenstein004@hotmail.com.

                Respectfully submitted,

                **R. A. CUEVAS, JR.**
                Miami-Dade County Attorney
                Stephen P. Clark Center, Suite 2810
                111 Northwest First Street
                Miami, Florida 33128-1993

By:_____
                Eric K. Gressman
                Assistant County Attorney
                Telephone:   (305) 375-1309
                Fax:          (305) 375-5611
                Email:        EKG@miamidade.gov
                              Elyse@miamidade.gov
                              MAR2@miamidade.gov

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, etc.,

GENERAL JURISDICTION DIVISION

            Plaintiff,

CASE NO. 14-946 CA 15

v.

FLORIDA BAR NUMBER 343773

MIAMI-DADE COUNTY,

            Defendant.

## NOTICE OF SERVING ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant, MIAMI-DADE COUNTY, by and through undersigned counsel hereby

serves its Answers to Plaintiffs' Interrogatories.

### CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document is being served on **February 26, 2014** via

e-mail generated by My Florida Courts E-Filing Portal to:   Alan J. Greenstein, Esq., ALAN

J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL   33156,

agreenstein004@hotmail.com.

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By:_____

Eric K. Gressman
Assistant County Attorney
Telephone:   (305) 375-1309
Fax:             (305) 375-5611
Email:         EKG@miamidade.gov
                    Elyse@miamidade.gov
                    MAR2@miamidade.gov

## INTERROGATORIES AND ANSWERS

1. State the name, address, employer, and job title of the person answering these interrogatories, and of each person furnishing information for same.
   **Answer:**
   **Angelica Cruz**
   **Liability Claims Coordinator**
   **Risk Management**
   **111 NW 1st Street, 23rd Floor**
   **Miami, Florida 33128**

ROSALEE WILLIAMS V. MIAMI-DADE COUNTY
CASE NO. 14-946 CA 15

2. Please state the full name and present address of every person known to you or your attorneys who has any knowledge regarding the facts and circumstances surrounding the incident complained of in this case.

**Answer:**

Sergeant Jordan Fried
Lieutenant Stacy Barasch
Sergeant Reginald Myrtil
Officer Bennie Sanders
Officer Jean Comin
Officer Princess Cunningham
Officer Christie
CSI Magdalena Maquieira
Fire Rescue 31 Lt. Garcia

Detective James N. Hatzis
Lieutenant Pablo Lima
Officer Jesus Gonzalez
Officer Camille Maldonado
Officer Charmaine Smellie
Officer Felicia Kinsey-Smith
Officer Melody Moore
Officer Bengal Dow
Officer Traci Gary

c/o Eric K. Gressman
Assistant County Attorney
Miami Dade County
111 NW 1st Street, Suite 2810
Miami, Florida 33128

Please note: The witnesses above are represented by Assistant County Attorney Eric K. Gressman and can be reached by contacting Mr. Gressman.

Charles Mathes
1508 NW 119 Street
Miami, Florida 33167

Carolyn Burgess
1314 NW 65 Terrace
Miami, Florida 33147

Audrey McGee
1314 NW 65 Terrace
Miami, Florida 33147

John Fisher
1310 NE 144 Street
Miami, Florida 33161

Michael Ankerbrand
1312 NE 144 Street
Miami, Florida 33161

Shakeya Williams
2281 NW 180 Terrace
Miami, Florida 33056

Chala Johnson
1620 NW 68 Terrace
Miami, Florida 33147

Audrey McCary
825 NW 58 Street
Miami, Florida 33127

3.   Please state the names, addresses, employers, and job titles of all persons from whom the Defendant Miami-Dade County, its agents, officers, attorneys, or insurers spoke to in regards to the incident as alleged in the complaint.
     **Answer:**
     **The entire investigation is in the hands of the State Attorney's Office (SAO). No information, files, photos or data has been released to this Defendant.**

4.   State whether or not to your knowledge or that of your agents, attorneys or representatives, any photographs or videotapes exist of the incident, the scene, or the persons involved in this action.
     **Answer:**
     **It is believed that photographs exist.**

     If so, identify the subject matter of such photographs or videos, the date each were taken, and the person presently having custody of them.
     **Answer:**
     **The SAO has custody of all photographs. All details are unknown by this Defendant.**

5.   Please name all of the Miami-Dade Police Officers who were on the scene at 1312 N.E. 144th St. in North Miami, Fl. at the time Timmie Williams was shot and killed.
     **Answer:**
     **Since the file is in the hands of the SAO, those facts are not known by this Defendant. However, please refer to the answer to number one.**

6.   Please name all of the Miami-Dade Police Officers who were on the scene at 1312 N.E. 144th St. in North Miami, Fl. at the time Timmie Williams was shot and killed.
     **Answer:**
     **Since the file is in the hands of the SAO, those facts are not known by this Defendant. However, please refer to the answer to number one.**

7.   Please state the name, address and current occupation of the Miami-Dade Police Officer who shot and killed Timmie Williams on July 15, 2012.
     **Answer:**
     **Object to the form of the question. Without waiving any objections, Sergeant Jordan Fried's information is provided in the answer to question number two.**

## JURAT

Relying upon the Miami Dade County Attorney's Office, I believe that the answers are true and accurate. Since these interrogatories are directed to a government entity, these answers do not constitute, nor are they derived from, the personal knowledge of Angelica Cruz or any other single individual. Rather, these answers include record information, recommendations of counsel, and knowledge and information obtained from employees and others.

By: _____

Angelica Cruz
Liability Claims Coordinator

STATE OF FLORIDA          :
                          : SS
COUNTY OF MIAMI DADE:

The foregoing instrument was acknowledged before me this 26th day of
february_____, 2014, by Angelica Cruz who is personally known to me.

NOTARY PUBLIC STATE OF FLORIDA
AT LARGE

Notary Public State of Florida
Suyin Amargos
My Commission EE 052569
Expires 03/14/2015

My Commission Expires:

March 14, 2015.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

Filing # 13870049 Electronically Filed 05/20/2014 12:44:05 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, etc.,                              GENERAL JURISDICTION DIVISION

              Plaintiff,                              CASE NO. 14-946 CA 15

v.                                                    FLORIDA BAR NUMBER 343773

MIAMI-DADE COUNTY,

              Defendant.
_____

## MIAMI-DADE COUNTY'S RESPONSE TO PLAINTIFF'S APRIL 18, 2014, SECOND REQUEST FOR PRODUCTION

      Defendant, MIAMI-DADE COUNTY, by and through undersigned counsel, files this its response to Plaintiffs' Second Request for Production as follows:

1.    Copies of any and all statements taken by the Miami-Dade Police Department from witnesses to the shooting of Timmie Williams on July 15, 2012.   This includes statements taken electronically, digitally or stenographically.   The request also includes summaries of the witnesses' statements.

**Response:**

**No documents are available to Miami-Dade County Attorney's Office.  The file is in the possession of the State Attorney's Office and until the file is closed, it will not be released.**

2.    The entire autopsy report or protocol, including photographs and toxicology,

prepared by the Miami-Dade Medical Examiner's Office concerning the death of

Timmie Williams on July 15, 2012.

**Response:**

**No documents are available to Miami-Dade County Attorney's Office.  The file**

**is in the possession of the State Attorney's Office and until the file is closed, it**

**will not be released. Object to producing any documents that are the subject**

**of an ongoing police or State Attorney investigation.**

WHEREFORE, MIAMI-DADE COUNTY serves its response to Plaintiff's April 18,

2014, Second  Request to  Produce.

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/ Eric K. Gressman
     Eric K. Gressman
     Assistant County Attorney
     Telephone:   (305) 375-1309
     Fax:             (305) 375-5611
     Email:          EKG@miamidade.gov
                        MAR2@miamidade.gov

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document is being served on **May 20, 2014,**  via e-mail generated by My Florida Courts E-Filing Portal to:

Alan J. Greenstein, Esq., ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL  33156, agreenstein004@hotmail.com.

By: /s/ Eric K. Gressman
Assistant County Attorney

Filing # 13870049 Electronically Filed 05/20/2014 12:44:05 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, etc.,                          GENERAL JURISDICTION DIVISION

              Plaintiff,                         CASE NO. 14-946 CA 15

v.                                               FLORIDA BAR NUMBER 343773

MIAMI-DADE COUNTY,

              Defendant.
_____

## MIAMI-DADE COUNTY'S RESPONSE TO PLAINTIFF'S APRIL 18, 2014, SECOND REQUEST FOR PRODUCTION

Defendant, MIAMI-DADE COUNTY, by and through undersigned counsel, files this its response to Plaintiffs' Second Request for Production as follows:

1. Copies of any and all statements taken by the Miami-Dade Police Department from witnesses to the shooting of Timmie Williams on July 15, 2012. This includes statements taken electronically, digitally or stenographically. The request also includes summaries of the witnesses' statements.

**Response:**

**No documents are available to Miami-Dade County Attorney's Office. The file is in the possession of the State Attorney's Office and until the file is closed, it will not be released.**

2.  The entire autopsy report or protocol, including photographs and toxicology, prepared by the Miami-Dade Medical Examiner's Office concerning the death of Timmie Williams on July 15, 2012.

**Response:**

**No documents are available to Miami-Dade County Attorney's Office.  The file is in the possession of the State Attorney's Office and until the file is closed, it will not be released. Object to producing any documents that are the subject of an ongoing police or State Attorney investigation.**

WHEREFORE, MIAMI-DADE COUNTY serves its response to Plaintiff's April 18, 2014, Second Request to Produce.

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/ Eric K. Gressman
    Eric K. Gressman
    Assistant County Attorney
    Telephone:    (305) 375-1309
    Fax:          (305) 375-5611
    Email:        EKG@miamidade.gov
                  MAR2@miamidade.gov

ROSALEE WILLIAMS V. MIAMI-DADE COUNTY
CASE NO. 14-946 CA 15

### CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document is being served on **May 20, 2014,** via e-mail generated by My Florida Courts E-Filing Portal to:

Alan J. Greenstein, Esq., ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL 33156, agreenstein004@hotmail.com.

By: /s/ Eric K. Gressman
Assistant County Attorney

Filing # 14715267 Electronically Filed 06/11/2014 10:23:57 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 14-946 CA15

CIVIL DIVISION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Williams and George Williams-Hankins,
Brother of Timmie Williams

       Plaintiffs,

vs.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services, and
JORDAN FRIED, individually

       Defendants
_____/

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

      Plaintiff, by and through his undersigned attorney, moves this court, pursuant to Rule
1.190(a) Florida Rules of Civil Procedure, to amend his previously filed complaint.  As grounds
for this motion the Plaintiff would allege the following:

      1.     The Plaintiff originally filed a two count complaint alleging wrongful death and
intentional infliction of emotional distress against Miami-Dade County.

      2.     The Plaintiff has added a count naming a new defendant, Police Officer Jordan
Fried, and slightly amended the previously filed counts.[1]

      3.     The added count is a cause of action under 42 U.S.C. 1983 for a deprivation of
civil rights.

      4.     The Plaintiff has attached to this motion his First Amended Complaint that
includes the changes delineated above.

---

[1] The changes to the original counts include adding a prayer for damages, adding the age of Timmie Williams at his
death and naming the Police Officer who shot Timmie Williams.

5.      Leave to amend a complaint is to be freely given when justice so requires.  The first two count in the complaints have not been substantially changed and the addition of a new defendant does not prejudice the previously named defendant, Miami-Dade County.

Wherefore, the Plaintiff requests this court grant the above-styled Motion for Leave to Amend the Complaint.

Respectfully submitted,

Alan J. Greenstein, P.A.
Dadeland Towers
9200 S. Dadeland Blvd., Suite 308
Miami, Fl. 33156
Phone: (305) 772-7083
Fax. (305) 938-5038
agreenstein004@hotmail.com

By:*/s/ Alan Greenstein*
ALAN GREENSTEIN
Florida Bar No.:  237817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion for Leave to Amend the Complaint was emailed to Eric Gressman, Assistant Miami-Dade County Attorney, EKG@miamidade.gov and MAR2@miamidade.gov., this 11th day of June, 2014.

*/s/ Alan Greenstein*
ALAN GREENSTEIN

2

Filing # 14715267 Electronically Filed 06/11/2014 10:23:57 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 14-946 CA15

CIVIL DIVISION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Williams and George Williams-Hankins,
Brother of Timmie Williams

      Plaintiffs,

vs.

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services, and
JORDAN FRIED, individually

      Defendants
_____ /

## FIRST AMENDED COMPLAINT

      Plaintiff sues the defendants and alleges the following:

### Jurisdiction and Venue

      1.     This is an action for damages in excess of $15,000.00, exclusive of costs and interest.

      2.     This is an action brought pursuant to the Florida Wrongful Death Act, Florida Statute Sections 768.16-.26 for the wrongful death of Timmie Williams and a civil rights claim pursuant to 42 U.S.C. § 1983 and the Fourth Amendment to the United States Constitution.

      .3.     Venue properly lies in Miami-Dade County as the incident in question occurred in the city of North Miami, Florida.

4.      Plaintiff has complied with all conditions precedent to the filing of this lawsuit pursuant to §768.28 Florida Statutes.

## Parties

5.      Rosalee Williams is, or soon will be appointed, Personal Representative of the Estate of Timmie Williams, deceased and is the surviving parent of the deceased, Timmie Williams.

6.      George Williams-Hankins is the brother of the deceased, Timmie Williams.

7.      Miami-Dade County is a political subdivision of the State of Florida and at all times relevant to the case, employed Jordan Fried as a police officer with the Miami-Dade County Police Department.

8.      Defendant Florida Division of Financial Services is being listed as a party solely for perfecting service under Florida Statute 768.28.

9.      Defendant Jordan Fried is a residents of Miami-Dade County, Florida and at all times relevant to this complaint, was employed by the Miami-Dade Police Department as a police officer and was acting within the scope and agency of his employment and acting under the color of state law.

## Facts

10.     On or about July 15, 2012 Timmie Williams was at the home of his mother, Rosalee Williams, located at 1312 N.E. 144th St. in North Miami, Fl.

11.     On that date there was a party going on in the back yard of the Williams' residence.

12.     A large number of people gathered at the Williams' residence and eventually fights broke out amongst the people at the party.

2

13.     The fights eventually reached onto 144th St. right in front of number 1312,
Rosalee Williams' house.

14.     The police were called and officers from the Miami-Dade Police Department
arrived on the scene.

15.     At the time of the police arrival at the residence, Timmie Williams was standing
on the edge of the driveway in front of his mother's residence.

16.     He was outside with his mother, Rosalee Williams, his brother George Williams-
Hankins, an unknown police officer and a number of relatives and friends.

17.     While Timmie Williams was standing in front of his mother's residence, Miami-
Dade Police Officer Jordan Fried arrived at the driveway of the Williams' residence.

18.     When Officer Fried got out of his police vehicle, he approached the area where
Timmie Williams was located, pulled out his police weapon and opened fire.

19.     Officer Fried struck Timmie Williams with the bullets from his firearm and kept
shooting until Mr. Williams died on the scene as a result of his gunshot wounds.  Before being
struck, Timmie Williams pushed his brother, George Williams-Hankins, out the way so he too
would not be shot.

20.     At the time Timmie Williams was shot, he was unarmed and posed no danger,
imminent or otherwise, to Officer Fried or anyone else.

21.     Both Rosalee Williams and George Williams-Hankins witnessed Timmie
Williams being shot and die as a result of the gunshot wounds.

22.     Timmie Williams, thirty-six (36) years old at the time of his death, had no
surviving children and Rosalee Williams is his only surviving parent.

**Count I- Wrongful Death**

23.     Plaintiff re alleges and incorporates by reference paragraphs 1-22.

24.     On or about July 15, 2012, while acting in the course of his duties as a police officer employed by the Miami-Dade County Police Department, Officer Jordan Fried intentionally shot and killed Timmie Williams.

25.     At the time of the shooting Timmie Williams was unarmed and posed no threat or danger to anyone including Officer Fried.

26.     The shooting of Timmie Williams by Officer Fried was without legal justification.

27.     Miami-Dade County is responsible for the actions of its employees that occur while they are acting in the scope and course of their duties.

28.     As a direct and proximate result of the actions of Officer Jordan Fried and the Miami-Dade Police Department, Timmie Williams died and his Estate and legal survivors are entitled to recover all damages specified in the Florida Wrongful Death Act, including but not limited to:

A.     For the Estate of Timmie Williams:

a)     Loss of earnings, if any, of Timmie Williams from the date of injury to the date of death, with interest, and loss of prospective net accumulations of the Estate.

b)     Medical and funeral expenses due to Timmie Williams' death.

B.     For Rosalee Williams, Surviving Parent:

a)     The value of lost support and services from the date of Timmie Williams' death.

b)     The mental pain and suffering of Rosalee Williams from the date of Timmie Williams' death.

4

C.      Costs of this action.

D.      Any other remedy the Court deems appropriate.

## Count II- Intentional Infliction of Emotional Distress

29.     Plaintiff re alleges and incorporates by reference paragraphs 1-22.

30.     On or about July 15, 2012, while acting in the course of his duties as a police officer employed by the Miami-Dade County Police Department, Officer Jordan Fried intentionally shot and killed Timmie Williams.

31.     The conduct of Officer Jordan Fried was intentional and reckless without legal justification.

32.     The killing of Timmie Williams was outrageous and went beyond all bounds of decency which is considered intolerable in a civilized community.

33.     Rosalee Williams, the deceased's mother, and George Hankins-Williams, the deceased's brother were present when Officer Fried shot and killed Timmie Williams.

34.     Both Rosalee Williams and George Hankins-Williams witnessed Timmie Williams get shot and die as a result of the gunshot wounds.

35.     The shooting of Timmie Williams caused severe emotional distress to Rosalee Williams, his mother, and George Hankins-Williams, his brother.

36.     Miami-Dade County is responsible for the actions of its employees that occur while they are acting in the scope and course of their duties.

37.     As a direct and proximate result of the actions of Officer Jordan Fried and Miami-Dade County, Rosalee Williams and George Hankins-Williams have suffered physical and mental injuries and are entitled to relief.

38.     Wherefore Rosalee Williams and George Hankins-Williams are entitled to:

5

A.  Compensatory damages for the physical and mental injuries suffered.

B.  Costs of this action.

C.  Any other remedy the Court deems appropriate.

**Count III- Excessive Force**
**(Violation of Civil Rights Pursuant to Title 42 U.S.C. §1983)**

39.  Plaintiff re alleges and incorporates by reference paragraphs 1-22.

40.  On or about July 15, 2012, while acting under the color of state law as a police officer employed by the Miami-Dade Police Department, Defendant Fried shot and killed Timmie Williams with a firearm.

41.  Without legal cause or justification, Defendant Fried shot Timmie Williams numerous times, and used force that was excessive, unnecessary, and disproportionate to that which was necessary to arrest or subdue Timmie Williams.

42.  The use of excessive and unnecessary force upon Timmie Williams by Defendant Fried deprived Timmie Williams of his constitutional rights under the Fourth Amendment to the United States Constitution to be free from unreasonable searches and seizures.

43.  As a direct and proximate result of the shooting of Timmie Williams' by Defendant Fried, Timmie Williams died and his Estate and legal survivors are entitled to recover all damages specified in the Florida Wrongful Death Act and 42 U.S.C. §1983 and §1988, including but not limited to:

A.  For the Estate of Timmie Williams:

a)  Loss of earnings, if any, of Timmie Williams from the date of injury to the date of death, with interest, and loss of prospective net accumulations of the Estate.

b)  Medical and funeral expenses due to Timmie Williams' death.

B.  For Rosalee Williams, Surviving Parent:

6

a)      The value of lost support and services from the date of Timmie Williams'

death.

b)      The mental pain and suffering of Rosalee Williams from the date of

Timmie Williams' death.

C.      Punitive damages.

D.      Reasonable expenses incurred in the litigation, including reasonable attorney and

expert fees, pursuant to 42 U.S.C. §1988.

E.      Any other remedy the Court deems appropriate.

## Demand for Jury Trial

Plaintiffs hereby demand a trial by jury on all issues triable as a matter of right.

Dated:  June 11, 2014

Respectfully submitted,

Alan J. Greenstein, P.A.
Dadeland Towers
9200 S. Dadeland Blvd., Suite 308
Miami, Fl. 33156
Phone: (305) 772-7083
Fax: (305) 938-5038
agreenstein004@hotmail.com

By: */s/Alan Greenstein*
ALAN GREENSTEIN
Florida Bar No.:  237817

Filing # 15457563 Electronically Filed 07/01/2014 04:03:38 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
of Timmie Williams, Rosalee Williams,
surviving Parent of Timmie Williams and
George Williams-Hankins, brother of
Timmie Williams,

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

          Plaintiff(s),

v.

MIAMI-DADE COUNTY,

          Defendant(s).

## NOTICE OF UNAVAILABILITY

    Assistant County Attorney Eric K. Gressman hereby notifies the Court and all counsel of record that he will be unavailable from August 4, 2014 through August 15, 2014, and therefore requests that no hearings or other proceedings be set in this matter during that time.

          Respectfully submitted,

          **R. A. CUEVAS, JR.**
          Miami-Dade County Attorney
          *Attorney for Defendant Miami-Dade County*
          Stephen P. Clark Center, Suite 2810
          111 Northwest First Street
          Miami, Florida 33128-1993

          By: /s/ Eric K. Gressman
             Eric K. Gressman
             Assistant County Attorney
             Florida Bar Number 343773
             Telephone:   (305) 375-1309
             Fax:         (305) 375-5634
             Email:       EKG@miamidade.gov
                          Elyse@miamidade.gov
                          MAR2@miamidade.gov

*ROSALEE WILLIAMS, et al. v. MIAMI-DADE COUNTY*
*Case No. 14-946 CA 15*

### CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by E-MAIL generated by the

Florida Courts E-Filing Portal on **July 1, 2014** to:

Alan J. Greenstein, Esq., ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite

1012, Miami, FL 33156, agreenstein004@hotmail.com.

/s/ Eric K. Gressman
Assistant County Attorney

Filing # 15743256 Electronically Filed 07/10/2014 09:18:47 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 14-946 CA15

CIVIL DIVISION

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Williams and George Williams-Hankins,
Brother of Timmie Williams

     Plaintiffs,

vs.                          **NOTICE OF HEARING**

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services, and
JORDAN FRIED, individually

     Defendants
_____/

     To:     Eric Gressman
             Assistant County Attorney

     YOU ARE HEREBY NOTIFIED that a hearing on the Plaintiff's Motion for Leave to Amend the Complaint will be held on the 19th day of August, 2014 at 8:30 A.M. in front of the Honorable Jose Rodriguez in Room 400 in the Dade County Courthouse, 73 West Flagler St., Miami, Fl. 33130.

     I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing was emailed to Eric K. Gressman, Assistant County Attorney at EKG@miamidade.gov and MAR2@miamidade.gov on this 10th day of July, 2014.

                               Respectfully submitted,

                               ALAN J. GREENSTEIN, P.A.
                               9200 South Dadeland Blvd., Suite 308
                               Miami, Fl. 33156

Phone: (305) 772-7083
Fax: (305) 938-5308
agreenstein004@hotmail.com

By:/s/ Alan Greenstein
ALAN GREENSTEIN
Florida Bar No.: 237817

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO. [illegible]

CIVIL DIVISION [illegible]

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
Timmie Williams on behalf of the Estate of
Timmie Williams, Rosalee Williams, surviving
Parent of Timmie Williams and George Williams-Hankins,
Brother of Timmie Williams,

     Plaintiffs,

MIAMI-DADE COUNTY,
a political subdivision and Florida
Division of Financial Services, and
JORDAN FRIED, individually

     Defendants

_____/

## ORDER

THIS CAUSE came on to be heard up the [illegible] and the Court having [illegible]
Considered the argument of counsel, it is hereby

ORDERED AND ADJUDGED that the Plaintiff's Motion [illegible]. The First
Amended Complaint filed by the Plaintiff and attached to the Motion for Leave to Amend, is
now the operative pleading in the case. The Defendant, Miami-Dade County, shall have twenty
(20) days to answer or file appropriate motions.

DONE AND ORDERED this 19 day of August [illegible]

Conformed Copy
AUG 19 2014
JOSE M. RODRIGUEZ
Circuit Judge

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
of Timmie Williams, Rosalee Williams,
surviving Parent of Timmie Williams and
George Williams-Hankins,
brother of Timmie Williams,

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

Plaintiff(s),

v.

MIAMI-DADE COUNTY,

Defendant.

_____

## MOTION FOR EXTENSION OF TIME FOR MIAMI-DADE COUNTY TO RESPOND TO AMENDED COMPLAINT

MIAMI-DADE COUNTY, by and through undersigned counsel, moves for an extension of time to respond to the amended complaint as follows:

1.      Plaintiff amended the complaint and, as per Order, Miami-Dade County is required to respond within twenty (20) days of the filing of the amended complaint.

2.      Miami-Dade County's response is due on or before September 8, 2014.

3.      Because of undersigned's busy calendar as well as the fact that Plaintiff has amended the complaint to include the officer, Miami-Dade County needs an additional amount of time to respond.

4.      Miami-Dade County requests up to and including September 25, 2014 in order to respond to the amended complaint.

5.      The additional time will not prejudice any party.

WHEREFORE, MIAMI-DADE COUNTY moves for an extension of time to respond to the amended complaint.

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/Eric K. Gressman
     Eric K. Gressman
     Assistant County Attorney
     Florida Bar Number 343773
     Telephone:    (305) 375-1309
     Fax:          (305) 375-5634
     Email:        EKG@miamidade.gov
                   elyse@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by E-MAIL generated by the Florida Courts E-Filing Portal on **Wednesday, September 17, 2014** upon: **Alan J. Greenstein, Esq.**, ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL 33156, agreenstein004@hotmail.com.

/s/Eric K. Gressman
Assistant County Attorney

Page 2 of 2

Filing # 17849874 Electronically Filed 09/04/2014 02:05:18 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
of Timmie Williams, Rosalee Williams,
surviving
Parent of Timme Williams and George
Williams-Hankins,
brother of Timmie Williams,

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

                Plaintiffs,

v.

MIAMI-DADE COUNTY,

                Defendant.

_____

## NOTICE OF HEARING

### Motion Calendar

PLEASE TAKE NOTICE that the following will be heard before the HONORABLE

JOSE M. RODRIGUEZ, one of the Judges of the above court, in Chambers at the Dade

County Courthouse, room 400, 73 West Flagler Street, Miami, Florida, **on Tuesday,**

**September 16, 2014 at 8:30 a.m.**, or as soon thereafter as the matter may be heard:

### MOTION FOR EXTENSION OF TIME FOR MIAMI-DADE COUNTY TO RESPOND

### TO AMENDED COMPLAINT

*ROSALEE WILLIAMS, et al. v. MIAMI-DADE COUNTY*
*Case No. 14-946 CA 15*

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By:  /s/Eric K. Gressman
    Eric K. Gressman
    Assistant County Attorney
    Florida Bar Number 343773
    Telephone:  (305) 375-1309
    Fax:        (305) 375-5634
    Email:      EKG@miamidade.gov
               elyse@miamidade.gov
               MAR2@miamidade.gov

### CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by E-MAIL generated by the Florida Courts E-Filing Portal on **September 4, 2014** to:

Alan J. Greenstein, Esq., ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL 33156, agreenstein004@hotmail.com.

           /s/Eric K. Gressman
           Assistant County Attorney

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami-Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, Suite 2702, 175 Northwest First Avenue, Miami, FL 33128, telephone numbers 305.349.7175 for voice or 305.349.7174 for TDD and 305.349.7355 for fax, at least seven days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven days; if you are hearing or voice impaired, please call 711 for the Florida Relay Service.**

Page 2 of 2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
of Timmie Williams, Rosalee Williams,
surviving Parent of Timmie Williams and
George Williams-Hankins, brother of
Timmie Williams,

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

    Plaintiffs,

v.

MIAMI-DADE COUNTY,

    Defendant.

---

## AGREED ORDER GRANTING MOTION
## FOR EXTENSION OF TIME

**THIS MATTER** having come on before me on MIAMI-DADE COUNTY's Motion

for Extension of Time, and the parties being in agreement, and the Court being fully

advised in the premises, it is

**ORDERED and ADJUDGED**

That the Motion for Extension of Time is **GRANTED**; and

That the Response to the Complaint shall be filed on or before September 25, 2014.

  DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on
09/14/14.


_____
JOSE M. RODRIGUEZ
CIRCUIT COURT JUDGE

```
No Further Judicial Action Required on THIS
                    MOTION
    CLERK TO RECLOSE CASE IF POST
                  JUDGMENT
```

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Copies furnished to:

Alan J. Greenstein, Esq.
Eric K. Gressman, Assistant County Attorney

Filing # 18239882 Electronically Filed 09/15/2014 03:28:00 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROSALEE WILLIAMS, as Presumptive
Personal Representative of the Estate
of Timmie Williams, Rosalee Williams,
surviving
Parent of Timme Williams and George
Williams-Hankins,
brother of Timmie Williams,

GENERAL JURISDICTION DIVISION

CASE NO. 14-946 CA 15

Plaintiff(s),

v.

MIAMI-DADE COUNTY,

Defendant(s).

## NOTICE OF CANCELLATION OF HEARING

### Motion Calendar

PLEASE TAKE NOTICE that Defendant Miami-Dade County is cancelling the hearing

scheduled before the HONORABLE JOSE M. RODRIGUEZ, on **Tuesday, September 16,**

**2014 at 8:30 a.m.**

**Motion for Extension of Time for Miami-Dade County to Respond to Amended**

**Complaint**

*WILLIAMS v. MIAMI-DADE COUNTY*
*Case No. 14-946 CA 15*

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By:  /s/Eric K. Gressman
     Eric K. Gressman
     Assistant County Attorney
     Florida Bar Number 343773
     Telephone:   (305) 375-1309
     Fax:         (305) 375-5634
     Email:       EKG@miamidade.gov
                  elyse@miamidade.gov

### CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by E-MAIL generated by the Florida Courts E-Filing Portal on **September 15, 2014** to: Alan J. Greenstein, Esq., ALAN J. GREENSTEIN, P.A., 9155 S. Dadeland Blvd., Suite 1012, Miami, FL   33156, agreenstein004@hotmail.com.

/s/Eric K. Gressman
Assistant County Attorney